Samuel Wheeler for use of Thomas A. Maguire, appellant, v. Chicago Trust Company, appellee. Gen. No. 31,884.

Action on express contract. Judgment against plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927.

Culver, Andrews & King, for appellant; James B. McKeon, of counsel. Defrees, Buckingham & Eaton, for appellee; Don Kenneth Jones, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Edwin J. Roos, appellee, v. Wisconsin Lime & Cement Company and Freeman Landon, trading as Landon Cartage Company, on appeal of Freeman Landon, appellant. Gen. No. 31,810.

Action for damage to automobile and driver in collision. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in the third division of this court for the district at the April term, 1927. Affirmed. Opinion filed December 21, 1927. Rehearing denied January 6, 1928.

E. J. Callahan, for appellant; Fred W. Bentley, of counsel. Harvey E. Wynekoop and Charles C. Spencer, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

Helen Wilmes, administratrix of the estate of John G. Wilmes, deceased, appellant, v. Jane Carlton, appellee. Gen. No. 31,823.

Claim in probate on promissory notes. Judgment for claimant. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927.

Morris & Allen, for appellant. Hall, Spitz & Rooks, for appellee; Irvin Rooks and Edward Blackman, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

T. W. Champion Realty Agency and Loan Company, appellee, v. S. A. T. Watkins, appellant. Gen. No. 31,836.

Action for realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927.

Denison, Watkins & White, for appellant. Lefkow & Lefkow, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

Anton Z. Michulis, appellee, v. Pete Nimchoski and Mikalina Nimchoski, appellants. Gen. No. 31,857.

Action for realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. R. R. Fowler, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and cause remanded for a new trial. Opinion filed December 21, 1927.

Henry W. Olschner, for appellants. Anthony A. Otis, for appellee.

Mr. Justice Wilson delivered the opinion of the court.